UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

October 24, 2016

David J. Bradley, Clerk

| | |
|---|---|
| ELITE CENTER FOR MINIMALLY INVASIVE SURGERY, LLC, | § § § |
| *Plaintiff,* | § |
| | § CIVIL ACTION NO. 4:15-CV-00954 |
| *versus* | § § |
| HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, d/b/a BLUECROSS BLUESHIELD OF ILLINOIS, | § § § |
| *Defendant.* | |

## Order of Adoption

On October 4, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 54) to which the defendant objected (Dkt. 24). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. Defendant's motion to dismiss is granted as to Elite's § 502(c) statutory penalty claims and common law promissory estoppel claims, but denied as to Elite's claims for benefits under ERISA § 502(a)(1)(B) and state contract law.

Signed ___October 24___, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge